BEFORE THE SECOND DIVISION, DECEMBER 23, 1953

**No. 57713.**—J. W. Hampton, Jr., & Co., Inc. *v.* United States, protest 187381–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of copper scrap in the shape of rough bars of ingots, of which copper is the component material of chief value, which is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to entry free of import taxes as well as duty.